No. 41853.—Protest 882171-G of Federated Distributors (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of incense burners in chief value of metal plated with silver. The claim at 50 percent under paragraph 339 was therefore sustained. *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445) and *Dow* v. *United States* (id. 282, T. D. 46816) cited.

No. 41854.—Protests 917327-G, etc., of New York Merchandise Co., Inc. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of Abstract 38680 and *Woolworth* v. *United States* (26 C. C. P. A. 221, C. A. D. 20) the curling irons, marcel irons, savings banks, and paperweights were held dutiable as household utensils at 40 percent under paragraph 339. Brass base shells similar to those the subject of Abstract 37615 were held dutiable as parts of articles having as an essential feature an electrical element or device at 35 percent under paragraph 353.

No. 41855.—Protests 924889-G, etc., of Wm. Shaland (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of savings banks similar to those the subject of Abstract 38680. The claim at 40 percent under paragraph 339 was therefore sustained.

No. 41856.—Protests 929325-G, etc., of Strauss Bros. & Co. (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of bridge paperweights. The claim at 40 percent under paragraph 339 was therefore sustained. *Woolworth* v. *United States* (26 C. C. P. A. 221, C. A. D. 20) cited.

No. 41857.—Protests 984316-G, etc., of American Merchandise Co., Inc., et al. (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of bridge paperweights. The claim at 40 percent under paragraph 339 was therefore sustained. *Woolworth* v. *United States* (26 C. C. P. A. 221, C. A. D. 20) cited.